■ In the Matter of the Accounting of ORLANDO PFALTZ, as Administrator of the Estate of HUGO A. BERTHOLD, Deceased, Respondent. HENRY S. MILLER et al., Appellants; HENRY L. MCCARTHY, as Commissioner of Welfare of the City of New York, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Botein, Cox, Frank and Valente, JJ.

■ MAGNOLIA ENTERPRISES, INC., Appellant, v. 1099 UNION AVENUE, INC., et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Botein, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICO GARCIA, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Cox, Frank and Valente, JJ.

■ In the Matter of the Arbitration between CORBIN, LTD., Respondent, and HENRY W. T. MALI & Co., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ UNITED INDUSTRIAL SYNDICATE, INC., Respondent, v. WALTER W. WEISMANN et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See 2 A D 2d 673.]

■ HYMAN GORIN, Respondent, v. BENJAMIN FISHER et al., Defendants, and CHARLES FALLETTA et al., Trading under the Name of C. & J. FALLETTA, FIRESTONE DEALERS, et al., Appellants.— Order unanimously modified so as to eliminate the provisions thereof adjudging the corporation C. & J. Falletta, Inc., in contempt and fining it and, as so modified, affirmed, with $20 costs and disbursements to the respondent. There is no showing in this record that the corporate defendant participated in the acts violative of the injunction. Settle order on notice. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ In the Matter of the Arbitration between JOHN KELLY, as President of Local 584 of the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, A. F. of L., Respondent, and SAMUEL ADLER, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ CLEMENTINE WOLF et al., On Behalf of Themselves and Other Stockholders of 10 East 40th Street Building, Inc., Similarly Situated, Respondents, v. 10 EAST 40TH STREET BUILDING, INC., et al., Respondents, and MARY COUGHLIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ In the Matter of DYNAMICS CORPORATION OF AMERICA, Appellant. ABRAHAM & Co. et al., Respondents.— In the circumstances of this case, the "cut-off" date should be December 16, 1955. The order is unanimously modified accordingly and, as so modified, affirmed. Settle order on notice. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See 2 A D 2d 673.]

■ AMERICAN NEWS COMPANY, INC., Respondent, v. AVON PUBLISHING Co., INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See 2 A D 2d 673.]